UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE AND PISTOL ASSOCIATION, INCORPORATED et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF GLENDALE et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-07346-SB-JC<br><br>ORDER ADVANCING BRIEFING DEADLINES |

　　Plaintiffs filed a motion for a preliminary injunction, set for hearing on December 2, 2022.  Dkt. No. 13.  The Court ADVANCES the briefing deadlines for the motion as follows:  Defendants' opposition is due by November 3, 2022, and Plaintiffs' reply, if any, is due by November 9, 2022.

　　The parties no later than October 28, 2022 shall also file a joint statement indicating whether they intend to present evidence at the motion hearing and, if so, a description of the evidence and its legal relevance.

　　IT IS SO ORDERED.

Date: October 21, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge