C. D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:   (562) 216-4445
www.michellawyers.com

Attorneys for Plaintiffs California Rifle & Pistol Association and Gun Owners of California, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

[*See next page for additional parties and counsel*]

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF CALIFORNIA, INC, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF GLENDALE; GLENDALE CHIEF OF POLICE CARL POVILAITIS, in his official capacity; GLENDALE CITY CLERK SUZIE ABAJIAN, in her official capacity; and DOES 1-10, <br><br> Defendants. | **CASE NO: 2:22-cv-07346-SB-JC** <br><br> **JOINT STATEMENT OF THE PARTIES IN RESPONSE TO THE COURT'S OCTOBER 21, 2022 ORDER** <br><br> **Courtroom: 6C** <br> **Judge: Hon. Stanley Blumenfeld Jr.** |

1 | MICHAEL J. GARCIA, CITY ATTORNEY
2 | EDWARD B. KANG, PRINCIPAL ASSISTANT CITY ATTORNEY, SBN: 237751
3 | 613 E. Broadway, Suite 220
   | Glendale, CA  91206
4 | Telephone: (818) 548-2080
   | Facsimile: (818) 547-3402
5 | Email: ekang@glendaleca.gov

Attorneys for Defendants,
CITY OF GLENDALE, GLENDALE CHIEF OF POLICE CARL POVILAITIS; and GLENDALE CITY CLERK SUZIE ABAJIAN

On October 21, 2022, this Court advanced the briefing deadlines for Plaintiffs' motion for preliminary injunction. ECF No. 15. This Court also ordered the parties to file a joint statement "indicating whether they intend to present evidence at the motion hearing and, if so, a description of the evidence and its legal relevance." The Parties respond to that portion of the order with this joint statement.

**Plaintiffs' Response**

Alongside their motion and supporting memorandum, the Plaintiffs also filed supporting declarations for each Plaintiff, as well as a request for judicial notice. Besides those declarations and the evidence for which judicial notice is requested, Plaintiffs do not intend to present any further evidence at the motion hearing.

**Defendants' Response**

Defendants shall rely on Defendants' opposition to Plaintiffs' motion for preliminary injunction, as well as any declarations and exhibits submitted with the opposition. Defendants do not intend to present any further evidence at the motion hearing.

Respectfully Submitted,

Dated: October 25, 2022     **MICHEL & ASSOCIATES, P.C.**

*/s/ C.D. Michel*
C.D. Michel
Counsel for Plaintiffs California Rifle & Pistol Association, Incorporated and Gun Owners of California, Inc.

Dated: October 25, 2022     **LAW OFFICES OF DON KILMER**

*/s/ Don Kilmer*
Don Kilmer
Counsel for Plaintiff Second Amendment Foundation

Dated: October 25, 2022     **MICHAEL J. GARCIA, CITY ATTORNEY**

*/s/ Edward B. Kang\*\**
Edward B. Kang
Attorneys for Defendants

\*\*Pursuant to Civil Local Rule 5-4.3.4, the filer attests that all signatories listed above, on whose behalf the filing is submitted, concur in the filing's contents and have authorized its filing.

2
JOINT STATEMENT OF THE PARTIES

**CERTIFICATE OF SERVICE**
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Case Name: *CRPA v. City of Glendale*
Case No.: 2:22-cv-07346-SB-JC

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**JOINT STATEMENT OF THE PARTIES IN RESPONSE TO THE COURT'S OCTOBER 21, 2022 ORDER**

on the following parties by electronically filing the foregoing on October 25, 2022, with the Clerk of the District Court using its ECF System, which electronically notifies them.

Edward B. Kang
ekang@glendaleca.gov
City of Glendale
613 E. Broadway, Suite 220
Glendale, CA  91206

    I declare under penalty of perjury that the foregoing is true and correct. Executed on October 25, 2022, at Long Beach, CA.

*/s/ Christina Castron*
CHRISTINA CASTRON

---

2
JOINT STATEMENT OF THE PARTIES