C. D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:   (562) 216-4445
www.michellawyers.com

Attorneys for Plaintiffs California Rifle & Pistol Association, Incorporated and Gun Owners of California, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff The Second Amendment Foundation

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; and GUN OWNERS OF CALIFORNIA, INC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF GLENDALE; GLENDALE CHIEF OF POLICE CARL POVILAITIS, in his official capacity; GLENDALE CITY CLERK SUZIE ABAJIAN, in her official capacity; and DOES 1-10,<br><br>Defendants. | **CASE NO: 2:22-cv-07346-SB-JC**<br><br>**PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date: December 2, 2022<br>Hearing Time: 8:30 a.m.<br>Courtroom: 6C<br>Judge: Hon. Stanley Blumenfeld Jr. |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiffs submit the following evidentiary objections to Defendants' Request for Judicial Notice submitted in opposition to Plaintiffs' motion for preliminary injunction:

| MATTER TO WHICH EVIDENTIARY OBJECTION IS ASSERTED | BASIS FOR EVIDENTIARY OBJECTION |
|---|---|
| 1. Defendants' Request for Judicial Notice, item No. 26 | Federal Rule of Evidence 201(b) allows the Court to take judicial notice of adjudicative facts that are not subject to reasonable dispute because the facts rely on sources whose accuracy cannot reasonably be questioned.<br><br>Item No. 26 is not eligible for judicial notice because its contentions **are** subject to reasonable dispute and **cannot** be readily determined to be accurate by resorting to sources whose accuracy cannot reasonably be questioned.<br><br>Sustained: _____<br>Overruled: _____ |

| | | |
|---|---|---|
| 2. | Defendants' Request for Judicial Notice, item No. 27 | Federal Rule of Evidence 201(b) allows the Court to take judicial notice of adjudicative facts that are not subject to reasonable dispute because the facts rely on sources whose accuracy cannot reasonably be questioned.<br><br>Item No. 27 is not eligible for judicial notice because its contentions **are** subject to reasonable dispute and **cannot** be readily determined to be accurate by resorting to sources whose accuracy cannot reasonably be questioned.<br><br>Sustained: _____<br>Overruled: _____ |
| 3. | Defendants' Request for Judicial Notice, item No. 28 | Federal Rule of Evidence 201(b) allows the Court to take judicial notice of adjudicative facts that are not subject to reasonable dispute because the facts rely on sources whose accuracy cannot reasonably be questioned.<br><br>Item No. 28 is not eligible for judicial notice because its |

| | |
|---|---|
| | contentions **are** subject to reasonable dispute and **cannot** be readily determined to be accurate by resorting to sources whose accuracy cannot reasonably be questioned.<br><br>Sustained: _____<br>Overruled: _____ |
| 4.  Defendants' Request for Judicial Notice, item No. 29 | Federal Rule of Evidence 201(b) allows the Court to take judicial notice of adjudicative facts that are not subject to reasonable dispute because the facts rely on sources whose accuracy cannot reasonably be questioned.<br><br>Item No. 29 is not eligible for judicial notice because its contentions **are** subject to reasonable dispute and **cannot** be readily determined to be accurate by resorting to sources whose accuracy cannot reasonably be questioned.<br><br>Sustained: _____<br>Overruled: _____ |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18 | 5. Defendants' Request for Judicial Notice, item No. 30 | Federal Rule of Evidence 201(b) allows the Court to take judicial notice of adjudicative facts that are not subject to reasonable dispute because the facts rely on sources whose accuracy cannot reasonably be questioned.<br><br>Item No. 30 is not eligible for judicial notice because its contentions **are** subject to reasonable dispute and **cannot** be readily determined to be accurate by resorting to sources whose accuracy cannot reasonably be questioned.<br><br>    Sustained: _____<br>    Overruled: _____ |
| 19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | 6. Defendants' Request for Judicial Notice, item No. 31 | Federal Rule of Evidence 201(b) allows the Court to take judicial notice of adjudicative facts that are not subject to reasonable dispute because the facts rely on sources whose accuracy cannot reasonably be questioned.<br><br>Item No. 31 is not eligible for judicial notice because its |

| | |
|---|---|
| | contentions **are** subject to reasonable dispute and **cannot** be readily determined to be accurate by resorting to sources whose accuracy cannot reasonably be questioned.<br><br>Sustained: _____<br>Overruled: _____ |
| 7. Defendants' Request for Judicial Notice, item No. 32 | Federal Rule of Evidence 201(b) allows the Court to take judicial notice of adjudicative facts that are not subject to reasonable dispute because the facts rely on sources whose accuracy cannot reasonably be questioned.<br><br>Item No. 32 is not eligible for judicial notice because its contentions **are** subject to reasonable dispute and **cannot** be readily determined to be accurate by resorting to sources whose accuracy cannot reasonably be questioned.<br><br>Sustained: _____<br>Overruled: _____ |

| | | |
|---|---|---|
| 8. | Defendants' Request for Judicial Notice, item No. 33 | Federal Rule of Evidence 201(b) allows the Court to take judicial notice of adjudicative facts that are not subject to reasonable dispute because the facts rely on sources whose accuracy cannot reasonably be questioned.<br><br>Item No. 33 is not eligible for judicial notice because its contentions **are** subject to reasonable dispute and **cannot** be readily determined to be accurate by resorting to sources whose accuracy cannot reasonably be questioned.<br><br>Sustained: _____<br>Overruled: _____ |
| 9. | Defendants' Request for Judicial Notice, item No. 34 | Federal Rule of Evidence 201(b) allows the Court to take judicial notice of adjudicative facts that are not subject to reasonable dispute because the facts rely on sources whose accuracy cannot reasonably be questioned.<br><br>Item No. 34 is not eligible for judicial notice because its |

| | |
|---|---|
| | contentions **are** subject to reasonable dispute and **cannot** be readily determined to be accurate by resorting to sources whose accuracy cannot reasonably be questioned.<br><br>          Sustained: _____<br>          Overruled: _____ |
| 10. Defendants' Request for Judicial Notice, item No. 35 | Federal Rule of Evidence 201(b) allows the Court to take judicial notice of adjudicative facts that are not subject to reasonable dispute because the facts rely on sources whose accuracy cannot reasonably be questioned.<br><br>Item No. 35 is not eligible for judicial notice because its contentions **are** subject to reasonable dispute and **cannot** be readily determined to be accurate by resorting to sources whose accuracy cannot reasonably be questioned.<br><br>          Sustained: _____<br>          Overruled: _____ |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18 | 11. Defendants' Request for Judicial Notice, item No. 36 | Federal Rule of Evidence 201(b) allows the Court to take judicial notice of adjudicative facts that are not subject to reasonable dispute because the facts rely on sources whose accuracy cannot reasonably be questioned.<br><br>Item No. 36 is not eligible for judicial notice because its contentions **are** subject to reasonable dispute and **cannot** be readily determined to be accurate by resorting to sources whose accuracy cannot reasonably be questioned.<br><br>Sustained: _____<br>Overruled: _____ |
| 19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | 12. Defendants' Request for Judicial Notice, item No. 37 | Federal Rule of Evidence 201(b) allows the Court to take judicial notice of adjudicative facts that are not subject to reasonable dispute because the facts rely on sources whose accuracy cannot reasonably be questioned.<br><br>Item No. 37 is not eligible for judicial notice because its |

| | |
|---|---|
| | contentions **are** subject to reasonable dispute and **cannot** be readily determined to be accurate by resorting to sources whose accuracy cannot reasonably be questioned.<br><br>Sustained: _____<br>Overruled: _____ |

Dated:  November 9, 2022

**MICHEL & ASSOCIATES, P.C.**

 /s/ C.D. Michel
Attorneys for Plaintiffs California Rifle & Pistol Association, Incorporated and Gun Owners of California, Inc.

**Law Offices of Donald Kilmer, APC**

/s/ Donald Kilmer
Attorney for Plaintiff The Second Amendment Foundation

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *California Rifle and Pistol Association, v. City of Glendale, et al.*
Case No.:    2:22-cv-07346-SB-JC

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Michael J. Garcia, City Attorney
Edward B. Kang, Principal Assistant City Attorney
ekang@glendaleca.gov
613 E. Broadway, Suite 220
Glendale, CA 91206
   *Attorney for Defendants*

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 9, 2022.

*/s/ Christina Castron*
Christina Castron

---

CERTIFICATE OF SERVICE
2:22-cv-07346-SB-JC