# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF GLENDALE; GLENDALE CHIEF OF POLICE CARL POVILAITIS, in his official capacity; GLENDALE CITY CLERK SUZIE ABAJIAN, in her official capacity; and DOES 1-10,<br><br>Defendants. | Case No.: 2:22-cv-07346-SB-JC<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO CONTINUE THE DECEMBER 16, 2022 STATUS CONFERENCE**<br><br>Complaint Served: October 18, 2022<br>Current Response Date: November 29, 2022<br>New Response Date: January 6, 2023<br><br>Hon. Stanley Blumenfeld Jr. |

### [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing thereon, **IT IS SO ORDERED**. Defendant should answer or otherwise respond to Plaintiff's complaint on or before Friday, January 6, 2023. Further, the status conference in this matter, currently scheduled for December 16, 2022, is hereby continued to _____, 20\_\_\_.

Dated:

_____
Stanley Blumenfeld, Jr.
United States District Judge