# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF GLENDALE; GLENDALE CHIEF OF POLICE CARL POVILAITIS, in his official capacity; GLENDALE CITY CLERK SUZIE ABAJIAN, in her official capacity; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-07346-SB-JC<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: October 18, 2022<br>Current Response Date: January 6, 2023<br>New Response Date: March 7, 2023<br><br>Hon. Stanley Blumenfeld Jr. |

# [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing thereon, **IT IS SO ORDERED**. Defendant should answer or otherwise respond to Plaintiff's complaint on or before March 7, 2023.

Dated:

                                          Stanley Blumenfeld, Jr.
                                        United States District Judge