UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE AND PISTOL ASSOCIATION, INCORPORATED et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF GLENDALE et al.,<br><br>    Defendants. | Case No. 2:22-cv-07346-SB-JC<br><br>ORDER RE: STIPULATION TO EXTEND ANSWER DEADLINE [DKT. NO. 36] |

    The parties, who have already received two stipulated extensions of the answer deadline, now stipulate to a further 60-day extension. Dkt. No. 36. The parties represent that such an extension is warranted in light of Plaintiffs' anticipated amended complaint and renewed motion for preliminary injunction, both of which would address issues Defendants must otherwise raise in their anticipated motion to dismiss. Because the current answer deadline is January 6, the same day as the mandatory scheduling conference (MSC), the Court GRANTS the stipulation in part and extends the answer deadline to January 13, 2023. The Court will decide whether to allow the full 60-day extension requested by the parties after the parties have the opportunity at the MSC to better explain why such a lengthy extension is justified.

    IT IS SO ORDERED.

Date: January 3, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1