C. D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
MICHEL & ASSOCIATES, P.C.
Telephone: (562) 216-4444
Facsimile:   (562) 216-4445
www.michellawyers.com

Attorneys for Plaintiffs California Rifle & Pistol Association, Incorporated, and Gun Owners of California, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff The Second Amendment Foundation

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF GLENDALE; GLENDALE CHIEF OF POLICE CARL POVILAITIS, in his official capacity; GLENDALE CITY CLERK SUZIE ABAJIAN, in her official capacity; and DOES 1-10, <br><br> Defendants. | **CASE NO: 2:22-CV-07346-SB-JC** <br><br> **STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** <br><br> Complaint Served: October 18, 2022 <br><br> Hon. Stanley Blumenfeld Jr. |

1

STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

**WHEREAS**:

1. Once Defendants have confirmed what portions of City Property they concede are not sensitive, Plaintiffs intend to file a renewed motion for a preliminary injunction, and the issue of standing was disputed in the original motion proceedings;

2. Plaintiffs intend to amend their complaint to add two individual Plaintiffs to this action prior to proceeding with their renewed motion for preliminary injunction;

3. Rule 15(a)(2) of the Federal Rules of Civil Procedure allows complaints to be amended "with the opposing party's written consent or the court's leave";

4. Local Rule 15-1 requires that "[a]ny proposed amended pleading must be filed as an attachment to the related motion or stipulation";

5. While this is a stipulation and not a motion, this Court's standing order dated August 10, 2022 requires that motions to amend pleadings must state: "(a) the effect of the amendment and (b) the page, line numbers, and wording of any proposed change or addition of material." In addition, a redlined version of the proposed amended pleading must be delivered to Chambers in paper form and to Chambers email. Opposing counsel must have a chance to review the amended pleading as well; and

6. Plaintiffs delivered to Counsel for Defendants a copy of the proposed First Amended Complaint in redline as well as a "clean" copy on January 2, 2023;

**IT IS HEREBY STIPULATED**, by and between Plaintiffs California Rifle & Pistol Association, Incorporated, Second Amendment Foundation, and Gun Owners of California, Inc. (collectively "Plaintiffs"), and Defendants City of Glendale, Glendale Chief of Police Carl Povilaitis, and Glendale City Clerk Suzie Abajian (collectively "Defendants"), through their undersigned counsel, that Plaintiffs may file the proposed First Amended Complaint which is attached to this stipulation in redline form as **Exhibit A**. That redlined version will be provided to this Court as digital and physical Chambers copies as well. A "clean" copy with the

changes in redline incorporated is also attached as **Exhibit B**.

The effect of the amendment is to add two individual Plaintiffs to this matter, and to delete a paragraph explaining the prior reason for why individual Plaintiffs were not included, California Code of Civil Procedure section 1021.11, which has now been successfully enjoined through a separate lawsuit brought by some of the Plaintiffs in this matter. *See S. Bay Rod & Gun Club, Inc. v. Bonta*, No. 22cv1461-BEN (JLB), 2022 U.S. Dist. LEXIS 228195 (S.D. Cal. Dec. 19, 2022).

As to the page, line numbers, and wording of any changes, they are as follows (all page references are to the redline version):

1. Added "Nelson Gibbs and John Leyba" to page 1, line 8, as well as to the caption of the case in lines 18-20;
2. Added "Nelson Gibbs and John Leyba" to page 2, lines 2-3;
3. Added "either individuals or" to page 5, line 15;
4. Added "either their own or their" to page 5, line 18;
5. Added new paragraphs 16 and 17, which run from page 6, line 19 through page 7, line 4 (these paragraphs introduce the two individual Plaintiffs);
6. Deleted paragraph 22 as it is no longer relevant, on page 8, lines 14-21;
7. Added "The individual Plaintiffs, as well as members" to page 8, line 22;
8. Added "the individual Plaintiffs and" to page 8, lines 26-27;
9. Deleted the word "Members" from page 18, line 10; and
10. Lastly, Plaintiffs made a number of changes that add references to the individual Plaintiffs so that instead of the Complaint referring solely to members of the associational Plaintiffs, it now refers to "the individual Plaintiffs and members of the associational Plaintiffs". This change can be found on page 18 (lines 12 and 16-17), page 19 (lines 8-9 and 12), page 20 (lines 4, 14, 21-22), page 21 (lines 3-6, 11, 13-14, 22, and 26), page 22 (lines 11, 15-16, 21, and 25), page 23 (lines 6-7, 12, 18, and 23-24), and page 24 (lines 2, 17-18, and 26).

    Good cause exists to approve the instant stipulation because Plaintiffs previously chose not to include individual plaintiffs due to the potential liability created by the now-enjoined California Code of Civil Procedure section 1021.11. Furthermore, this matter has only recently started, and Defendants have yet to file an answer, so this amendment should have little effect on the trajectory of this litigation. Finally, adding individual Plaintiffs may help narrow the issues in dispute in the renewed motion for preliminary injunction, and therefore approval of the instant stipulation will promote judicial economy and conserve the Court's and parties' resources.

    In entering into this stipulation, Defendants do not concede or waive any arguments available to them regarding the sufficiency of the first amended complaint and hereby expressly reserve the right to make such arguments in subsequent pleadings. Defendants enter into this stipulation solely to preserve the parties and Court's resources, and in light of the liberal policy of granting amendments to pleadings.

DATED: January 4, 2023    MICHEL & ASSOCIATES, P.C.

By: */s/C.D. Michel*
    C.D. Michel
    Attorneys for Plaintiffs
    California Rifle & Pistol Association
    and Gun Owners of California, Inc.

DATED: January 4, 2023    MICHAEL J. GARCIA, CITY ATTORNEY

By: */s/ Edward B. Kang*
    EDWARD B. KANG
    Attorneys for Defendants

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.