UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-07346-SB-JC | Date: | January 6, 2023 |
|---|---|---|---|

| Title: | *California Rifle and Pistol Association, Incorporated et al. v. City of Glendale et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Patricia Kim | Katherine Stride |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Joshua R. Dale | Edward B. Kang |
| Konstadinos T. Moros | |

**Proceedings:** [Minutes of] Mandatory Scheduling Conference (Held and Completed)

    Case called and appearances made. The Court heard from the parties on the status of their efforts to narrow or resolve the disputed issues in this case. The joint stipulation for leave to file the First Amended Complaint (FAC), Dkt. No. 38, is GRANTED, and the FAC is deemed filed.

    As discussed on the record, the Court expects the parties to continue their efforts to narrow or resolve their remaining disputes in good faith before Plaintiffs file their anticipated renewed motion for a preliminary injunction. By agreement of the parties, the Court ORDERS that before Plaintiff files a renewed motion for a preliminary injunction, the parties shall first file a request for a status conference that describes (1) the parties' efforts to reach agreement, (2) the remaining areas of dispute, and (3) the parties' proposed procedure for adjudicating those disputes, including their positions on the Court's possible appointment of an expert to assist

in identifying relevant historical laws and regulations.  The Court expects to set a status conference and/or provide further instructions upon review of the parties' filing.

      Because the parties agree that the Court should rule on the anticipated preliminary injunction motion before addressing the arguments Defendants wish to raise in a motion to dismiss, the Court—by agreement of the parties—ORDERS that Defendants' obligation to answer or otherwise respond to the FAC is stayed until the anticipated status conference or until further order of the Court.

      The Court will enter a separate case management order.

:19