UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-07346-SB-JC | Date: | March 3, 2023 |
|---|---|---|---|

| Title: | *California Rifle and Pistol Association, Incorporated et al. v. City of Glendale et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Jennifer Graciano | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Konstadinos T. Moros | Edward B. Kang |

**Proceedings:**   [Minutes of] Status Conference (Held and Continued)

Case called and appearances made. For the reasons indicated on the record, the Court continues the status conference to March 14, 2023 at 9:30 a.m.

The parties are ordered to meet and confer and no later than March 9, 2023 to file a joint status report setting forth (1) an overview of the discovery the parties intend to take, (2) a proposed discovery schedule, (3) a proposed briefing and hearing schedule for Plaintiff's renewed motion for preliminary injunction, with the reply deadline at least three weeks in advance of the hearing, and (4) the parties' positions on the propriety of consolidating the preliminary injunction hearing with trial on the merits under Rule 65(a)(2).

:14