MICHAEL J. GARCIA, CITY ATTORNEY
EDWARD B. KANG, PRINCIPAL ASSISTANT CITY ATTORNEY, SBN: 237751
613 E. Broadway, Suite 220
Glendale, CA 91206
Telephone: (818) 548-2080
Facsimile: (818) 547-3402
Email: ekang@glendaleca.gov

Attorneys for Defendants,
CITY OF GLENDALE, GLENDALE CHIEF OF POLICE CARL POVILAITIS; and GLENDALE CITY CLERK SUZIE ABAJIAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF CALIFORNIA, INC. NELSON GIBBS and JOHN LEYBA,

Plaintiffs,

vs.

CITY OF GLENDALE; GLENDALE CHIEF OF POLICE CARL POVILAITIS, in his official capacity; GLENDALE CITY CLERK SUZIE ABAJIAN, in her official capacity; and DOES 1-10,

Defendants.

Case No.: 2:22-cv-07346-SB-JC

**STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE ON RENEWED MOTION FOR PRELIMINARY INJUNCTION**

Complaint Served: October 18, 2022

Hon. Stanley Blumenfeld Jr.

IT IS HEREBY STIPULATED, by and between Plaintiffs California Rifle & Pistol Association, Incorporated, Second Amendment Foundation, Gun Owners of California, Inc., Nelson Gibbs and John Leyba (collectively "Plaintiffs"), and Defendants City of Glendale, Glendale Chief of Police Carl Povilaitis, and Glendale City Clerk Suzie Abajian (collectively "Defendants"), through their undersigned counsel, that the current briefing schedule and hearing date on Plaintiff's renewed motion for preliminary injunction be continued for eight (8) weeks.

Good cause exists to approve the instant stipulation as the parties have been discussing potential settlement of this action and need additional time to complete their negotiations and would like to conduct those negotiations without having to spend the time and expense in preparing a renewed motion for preliminary injunction that may become unnecessary. Accordingly, approval of the instant stipulation will promote judicial economy and conserve the Court's and parties' resources.

Accordingly, for the good cause stated above, the parties herby stipulate that the briefing schedule and hearing date on Plaintiffs' renewed motion previously ordered by the Court be continued as follows: Plaintiffs' opening brief currently due on May 26, 2023 would now be due on July 21, 2023; Defendants opposition brief currently due on June 9, 2023 would be due on August 4, 2023; Plaintiff's reply brief and the parties' final chart of historical laws currently due on June 16, 2023 would be due on August 11, 2023; and the hearing on the motion currently scheduled for July 7, 2023 would be held on August 18, 2023.

DATED: Mav 16. 2023 MICHEL & ASSOCIATES. P.C.

By: /s/Konstadinos T. Moros
Konstadinos T. Moros
Attorneys for Plaintiffs

DATED: May 16, 2023

MICHAEL J. GARCIA, CITY ATTORNEY

By: */s/Edward B. Kang*

EDWARD B. KANG
Attorneys for Defendants

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.