**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF CALIFORNIA, INC. NELSON GIBBS and JOHN LEYBA,<br><br>     Plaintiffs,<br><br>  vs.<br><br>CITY OF GLENDALE; GLENDALE CHIEF OF POLICE CARL POVILAITIS, in his official capacity; GLENDALE CITY CLERK SUZIE ABAJIAN, in her official capacity; and DOES 1-10,<br><br>     Defendants. | Case No.: 2:22-cv-07346-SB-JC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE ON RENEWED MOTION FOR PRELIMINARY INJUNCTION**<br><br><br><br>Complaint Served: October 18, 2022<br><br>Hon. Stanley Blumenfeld Jr. |

**ORDER**

Pursuant to the parties' stipulation (as modified below), **IT IS ORDERED** that Plaintiffs' opening brief currently due on May 26, 2023 is now due on July 21, 2023; Defendants opposition brief currently due on June 9, 2023 is now due on August 4, 2023; Plaintiff's reply brief and the parties' final chart of historical laws currently due on June 16, 2023 is now due on August 11, 2023; and the hearing on Plaintiffs' renewed motion for preliminary injunction currently scheduled for July 7, 2023 is rescheduled for September 1, 2023, at 8:30 a.m.  All dates in the case management order otherwise remain unchanged.

Dated:  May 17, 2023



Stanley Blumenfeld, Jr.
United States District Judge