1  MICHAEL J. GARCIA, CITY ATTORNEY
   EDWARD B. KANG, PRINCIPAL ASSISTANT CITY ATTORNEY, SBN: 237751
2  613 E. Broadway, Suite 220
   Glendale, CA  91206
3  Telephone: (818) 548-2080
   Facsimile: (818) 547-3402
4  Email: ekang@glendaleca.gov

5  Attorneys for Defendants,
   CITY OF GLENDALE, GLENDALE CHIEF OF
6  POLICE CARL POVILAITIS; and GLENDALE
   CITY CLERK SUZIE ABAJIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF CALIFORNIA, INC. NELSON GIBBS and JOHN LEYBA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF GLENDALE; GLENDALE CHIEF OF POLICE CARL POVILAITIS, in his official capacity; GLENDALE CITY CLERK SUZIE ABAJIAN, in her official capacity; and DOES 1-10,<br><br>　　　　　　Defendants. | Case No.: 2:22-cv-07346-SB-JC<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE ON RENEWED MOTION FOR PRELIMINARY INJUNCTION**<br><br><br>Complaint Served: October 18, 2022<br><br>Hon. Stanley Blumenfeld Jr. |

IT IS HEREBY STIPULATED, by and between Plaintiffs California Rifle & Pistol Association, Incorporated, Second Amendment Foundation, Gun Owners of California, Inc., Nelson Gibbs and John Leyba (collectively "Plaintiffs"), and Defendants City of Glendale, Glendale Chief of Police Carl Povilaitis, and Glendale City Clerk Suzie Abajian (collectively "Defendants"), through their undersigned counsel, that the current briefing schedule and hearing date on Plaintiff's renewed motion for preliminary injunction be continued for six (6) weeks.

Good cause exists to approve the instant stipulation as the parties have reached a tentative settlement in this matter that is contingent on the Glendale City Council's approval of the tentative settlement and amendment of the Ordinance at issue as contemplated by the tentative settlement. The parties thus need additional time to finalize settlement in this matter and would like to conduct those efforts without having to spend the time and expense in preparing and opposing a renewed motion for preliminary injunction that may become unnecessary. Accordingly, approval of the instant stipulation will promote judicial economy and conserve the Court's and parties' resources.

Accordingly, for the good cause stated above, the parties herby stipulate that the briefing schedule and hearing date on Plaintiffs' renewed motion previously ordered by the Court be continued as follows: Plaintiffs' opening brief currently due on July 21, 2023 would now be due on September 1, 2023; Defendants opposition brief currently due on August 4, 2023 would be due on September 15, 2023; Plaintiff's reply brief and the parties' final chart of historical laws currently due on August 11, 2023 would be due on September 22, 2023; and the hearing on the motion currently scheduled for September 1, 2023 would be held on October 13, 2023.

DATED:  July 11, 2023                MICHEL & ASSOCIATES. P.C.

                                     By:   */s/Konstadinos T. Moros*
                                           Konstadinos T. Moros
                                           Attorneys for Plaintiffs

| | |
|---|---|
| DATED:  July 11, 2023 | MICHAEL J. GARCIA, CITY ATTORNEY |
| | By: _/s/Edward B. Kang_ |
| | EDWARD B. KANG |
| | Attorneys for Defendants |

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.