# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF CALIFORNIA, INC. NELSON GIBBS and JOHN LEYBA,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF GLENDALE; GLENDALE CHIEF OF POLICE CARL POVILAITIS, in his official capacity; GLENDALE CITY CLERK SUZIE ABAJIAN, in her official capacity; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-07346-SB-JC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE ON RENEWED MOTION FOR PRELIMINARY INJUNCTION**<br><br><br>Complaint Served: October 18, 2022<br><br>Hon. Stanley Blumenfeld Jr. |

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and good cause appearing thereon, **IT IS SO ORDERED**. Plaintiffs' opening brief currently due on July 21, 2023 is now due on September 1, 2023; Defendants opposition brief currently due on August 4, 2023 is now due on September 15, 2023; Plaintiff's reply brief and the parties' final chart of historical laws currently due on August 11, 2023 is now due on September 22, 2023; and the hearing on Plaintiffs' motion currently scheduled for September 1, 2023 is rescheduled for October 13, 2023.

Dated:

                                            Stanley Blumenfeld, Jr.
                                            United States District Judge