MICHAEL J. GARCIA, CITY ATTORNEY
EDWARD B. KANG, PRINCIPAL ASSISTANT CITY ATTORNEY, SBN: 237751
613 E. Broadway, Suite 220
Glendale, CA 91206
Telephone: (818) 548-2080
Facsimile: (818) 547-3402
Email: ekang@glendaleca.gov

Attorneys for Defendants,
CITY OF GLENDALE, GLENDALE CHIEF OF
POLICE CARL POVILAITIS; and GLENDALE
CITY CLERK SUZIE ABAJIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF CALIFORNIA, INC. NELSON GIBBS and JOHN LEYBA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF GLENDALE; GLENDALE CHIEF OF POLICE CARL POVILAITIS, in his official capacity; GLENDALE CITY CLERK SUZIE ABAJIAN, in her official capacity; and DOES 1-10,<br><br>Defendants. | Case No.: 2:22-cv-07346-SB-JC<br><br>**STIPULATION TO VACATE BRIEFING SCHEDULE AND HEARING DATE ON RENEWED MOTION FOR PRELIMINARY INJUNCTION**<br><br><br><br>Complaint Served: October 18, 2022<br><br>Hon. Stanley Blumenfeld Jr. |

1     IT IS HEREBY STIPULATED, by and between Plaintiffs California Rifle & Pistol Association, Incorporated, Second Amendment Foundation, Gun Owners of California, Inc., Nelson Gibbs and John Leyba (collectively "Plaintiffs"), and Defendants City of Glendale, Glendale Chief of Police Carl Povilaitis, and Glendale City Clerk Suzie Abajian (collectively "Defendants"), through their undersigned counsel, that the current briefing schedule and hearing date on Plaintiff's renewed motion for preliminary injunction be vacated and that an Order to Show Cause re Dismissal/Settlement be scheduled for approximately ninety (90) days from the date of this stipulation.

    Good cause exists to approve the instant stipulation as the parties have reached a settlement in this matter. The settlement requires additional actions by the Glendale City Council that will take some time to complete.

    Accordingly, for the good cause stated above, the parties herby stipulate that the briefing schedule and hearing date on Plaintiffs' renewed motion previously ordered by the Court be vacated. The parties additionally request that the Court set and Order to Show Cause re Dismissal/Settlement for a date approximately ninety (90) days from the date of the instant stipulation.

DATED: August 21, 2023      MICHEL & ASSOCIATES. P.C.

By:    */s/Konstadinos T. Moros*
      Konstadinos T. Moros
      Attorneys for Plaintiffs

DATED: August 21, 2023      MICHAEL J. GARCIA, CITY ATTORNEY

By:    */s/Edward B. Kang*
      EDWARD B. KANG
      Attorneys for Defendants

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.