# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF CALIFORNIA, INC. NELSON GIBBS and JOHN LEYBA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF GLENDALE; GLENDALE CHIEF OF POLICE CARL POVILAITIS, in his official capacity; GLENDALE CITY CLERK SUZIE ABAJIAN, in her official capacity; and DOES 1-10,<br><br>Defendants. | Case No.: 2:22-cv-07346-SB-JC<br><br>**ORDER GRANTING STIPULATION TO VACATE BRIEFING SCHEDULE AND HEARING DATE ON RENEWED MOTION FOR PRELIMINARY INJUNCTION**<br><br><br>Complaint Served: October 18, 2022<br><br>Hon. Stanley Blumenfeld Jr. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing thereon, **IT IS SO ORDERED**. The briefing schedule and hearing date on Plaintiffs' renewed motion for preliminary injunction is vacated. An Order to Show Cause re Dismissal/Settlement is scheduled for _____, 2024.

Dated:

                              Stanley Blumenfeld, Jr.
                              United States District Judge