JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE AND PISTOL ASSOCIATION, INCORPORATED et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF GLENDALE et al.,<br><br>    Defendants. | Case No. 2:22-cv-07346-SB-JC<br><br>ORDER OF DISMISSAL |

    The parties filed a stipulation to vacate the briefing deadlines for Plaintiffs' renewed motion for preliminary injunction because the parties have reached a settlement.  Dkt. No. 55.  The parties state that the settlement will require the City to take additional actions and request that the Court set an order to show cause re: dismissal in 90 days.  This case is set for trial on December 4, 2023, and the parties have not addressed any of the deadlines unrelated to a preliminary injunction motion.  Rather than stay only those deadlines, the Court dismisses this action in its entirety without prejudice in light of the parties' settlement.  For 90 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party.  By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on the 91st day, absent a timely motion to vacate and reopen.  If the case is reopened, the parties should be prepared for an expedited trial schedule.

    The Court expects the parties to finalize their settlement or else move to reopen the case for prosecution within the next 90 days as ordered above.  *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit **at least seven days before the deadline** a declaration with a detailed timeline of all the*

*efforts made to complete the settlement, and the parties shall be prepared to appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*

Any party who objects to the dismissal of this action as ordered herein shall file an objection no later than August 25, 2023, and the Court will likely set the matter for an in-person status conference.

IT IS SO ORDERED.

Date: August 22, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge