MICHAEL J. GARCIA, CITY ATTORNEY
EDWARD B. KANG, PRINCIPAL ASSISTANT CITY ATTORNEY, SBN: 237751
613 E. Broadway, Suite 220
Glendale, CA 91206
Telephone: (818) 548-2080
Facsimile: (818) 547-3402
Email: ekang@glendaleca.gov

Attorneys for Defendants,
CITY OF GLENDALE, GLENDALE CHIEF OF
POLICE CARL POVILAITIS; and GLENDALE
CITY CLERK SUZIE ABAJIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF CALIFORNIA, INC. NELSON GIBBS and JOHN LEYBA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF GLENDALE; GLENDALE CHIEF OF POLICE CARL POVILAITIS, in his official capacity; GLENDALE CITY CLERK SUZIE ABAJIAN, in her official capacity; and DOES 1-10,<br><br>Defendants. | Case No.: 2:22-cv-07346-SB-JC<br><br>**JOINT REQUEST TO EXTEND TIME TO COMPLETE SETTLEMENT; DECLARATIONS IN SUPPORT THEREOF**<br><br><br><br>Complaint Served: October 18, 2022<br><br>Hon. Stanley Blumenfeld Jr. |

Plaintiffs California Rifle & Pistol Association, Incorporated, Second Amendment Foundation, Gun Owners of California, Inc., Nelson Gibbs and John Leyba (collectively "Plaintiffs"), and Defendants City of Glendale, Glendale Chief of Police Carl Povilaitis, and Glendale City Clerk Suzie Abajian (collectively "Defendants") jointly request that the Court extend the time for the parties to complete their settlement of this matter.

As further explained in the accompanying declarations of Edward B. Kang ("Kang Declaration") and Konstadinos Moros ("Moros Declaration"), good cause exists to grant the parties' request as the City requires additional time to complete settlement of this matter. The City has taken longer than expected to prepare a revised draft ordinance (the "Revised Ordinance") and still requires additional time to prepare a Council Report, as well as legislative findings and other materials in support of the proposed Revised Ordinance. Currently, the City is working on such materials and has placed consideration of the Revised Ordinance on the November 14, 2023 City Council agenda. The Revised Ordinance would then come back for adoption at the November 28, 2023 City Council meeting, which is the next City Council meeting following the November 14 meeting.

Accordingly, for the good cause stated above and explained more fully in the accompanying declarations, the parties herby respectfully request that the Court extend the time to complete settlement of this matter to December 13, 2023.

DATED:   October 24, 2023          MICHEL & ASSOCIATES, P.C.

                                   By:   */s/Konstadinos T. Moros*
                                         Konstadinos T. Moros
                                         Attorneys for Plaintiffs

DATED:   October 24, 2023          MICHAEL J. GARCIA, CITY ATTORNEY

                                   By:   */s/Edward B. Kang*
                                         EDWARD B. KANG
                                         Attorneys for Defendants

# DECLARATION OF EDWARD B. KANG

I, Edward B. Kang, declare as follows:

1. I am currently a Principal Assistant City Attorney for the City of Glendale and counsel for defendants City of Glendale, former Glendale Chief of Police Carl Povilaitis and Glendale City Clerk Suzie Abajian. I have personal knowledge of the facts stated herein and if called to testify as to any of those matters, I could and would competently do so.

2. Due to unforeseen circumstances it has taken longer than expected for the City to draft a revised ordinance ("Revised Ordinance") contemplated by the parties' settlement agreement. The City just recently finished drafting the Revised Ordinance and still needs additional time to draft other materials, such as a Council Report and legislative findings, in support of the Revised Ordinance. The City has placed consideration of the Revised Ordinance on the City Council's November 14, 2023 agenda. The Revised Ordinance would then come back for adoption on November 28, 2023, which is the next available meeting following November 14, 2023. Given that the City still needs to prepare additional materials for the November 14, 2023 meeting, as well as the Council's need to consider other matters unrelated to this action, this is the only timeline that is currently feasible for the City Council. A special meeting is also unfeasible for the same reasons.

3. Given that the current timeline for the proposed settlement exceeds the Court's November 20, 2023 deadline, the parties respectfully request that the Court extend the time for the parties to complete settlement to December 13, 2023, which would give the parties ample time to complete all actions contemplated by the settlement, as well as account for any further unforeseen circumstances.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 24th day of October, 2023 at Glendale, California.

  /s/ Edward B. Kang
Edward B. Kang, Declarant

# DECLARATION OF KONSTADINOS T. MOROS

I, Konstadinos T. Moros, declare as follows:

1. I am a member of the bar of the State of California. I am an attorney at law duly licensed to practice in the State of California and before the District Court for the Central District of California. I am counsel of record for Plaintiffs in this action. I have personal knowledge of the facts stated below, and if I were to be called as a witness, I could and would competently testify under oath as to the matters herein.

4. I provide this additional declaration because this Court's order dated August 22, 2023 stated that "*Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit at least seven days before the deadline a declaration with a detailed timeline of all the efforts made to complete the settlement…*"

5. After the parties reached a tentative settlement (subject to the pending approval of the City Council), I awaited the language of the revised ordinance, so we could confirm that it complies with the terms of the settlement agreement.

6. Having not received anything by mid-September, I emailed to check in on September 19. Mr. Kang responded that he was still waiting for a draft of the ordinance, but that he was told the City Council would take up the settlement at the first October meeting.

7. I followed up again on October 2 and wrote that Plaintiffs were beginning to get nervous about the timing, as well over a month had passed since the Court's Order and we still had not received a draft of the revised ordinance. Mr. Kang apologized for the delay and said he'd get me a copy of the draft revised ordinance as soon as he had it.

8. I emailed again on October 12, noting that within about a month we would have to ask the Court to reopen the case if we did not have a finalized settlement.

9. Mr. Kang responded on October 17 that a draft ordinance would be ready soon. He provided that draft on October 20, but also explained that City Council would now not be able to adopt the settlement until November 28. Mr. Kang also offered to

stipulate to another extension to address Plaintiffs' concerns.

10. I responded that November 28 would not work because the cutoff date per this Court's order falls on November 20. I suggested the City Council schedule a special meeting and finish approval of the settlement in the next week. Ultimately though, I did not oppose another stipulation for one final extension, should the Court be willing to grant it.

11. The Parties agreed to the instant stipulation on October 23, 2023.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 24th day of October, 2023 at Whittier, California.

                         */s/Konstadinos T. Moros*
                         Konstadinos T. Moros, Declarant