# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF CALIFORNIA, INC. NELSON GIBBS and JOHN LEYBA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF GLENDALE; GLENDALE CHIEF OF POLICE CARL POVILAITIS, in his official capacity; GLENDALE CITY CLERK SUZIE ABAJIAN, in her official capacity; and DOES 1-10,<br><br>Defendants. | Case No.: 2:22-cv-07346-SB-JC<br><br>**[PROPOSED] ORDER TO EXTEND TIME TO COMPLETE SETTLEMENT**<br><br><br>Complaint Served: October 18, 2022<br><br>Hon. Stanley Blumenfeld Jr. |

# [PROPOSED] ORDER

Pursuant to the parties' request and good cause appearing thereon, **IT IS SO ORDERED**.  The time to complete settlement of this matter is extended to _____.

Dated:

Stanley Blumenfeld, Jr.
United States District Judge
