|   |   |
|---|---|
| 1 | C. D. Michel – SBN 144258 |
|   | cmichel@michellawyers.com |
| 2 | Joshua Robert Dale – SBN 209942 |
|   | jdale@michellawyers.com |
| 3 | MICHEL & ASSOCIATES, P.C. |
|   | 180 East Ocean Blvd., Suite 200 |
| 4 | Long Beach, CA 90802 |
|   | Telephone: (562) 216-4444 |
| 5 | Facsimile: (562) 216-4445 |

Attorneys for Plaintiffs California Rifle & Pistol Association, Incorporated, Gun Owners of California, Inc., Nelson Gibbs, and John Leyba

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff The Second Amendment Foundation

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF CALIFORNIA, INC., | Case No.: 2:22-CV-07346-SB-JC |
| | **JOINT STIPULATION FOR DISMISSAL OF THE ACTION** |
| Plaintiffs, | Action filed: October 10, 2022 |
| v. | Hon. Stanley Blumenfeld Jr. |
| CITY OF GLENDALE; GLENDALE CHIEF OF POLICE CARL POVILAITIS, in his official capacity; GLENDALE CITY CLERK SUZIE ABAJIAN, in her official capacity; and DOES 1-10, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs California Rifle & Pistol Association, Incorporated, Gun Owners of California, Inc., Nelson Gibbs, John

1
JOINT STIPULATION FOR DISMISSAL OF THE ACTION

Leyba, and The Second Amendment Foundation ("Plaintiffs") and Defendants City of Glendale, Glendale Chief of Police Carl Povilaitis, and Glendale City Clerk Suzie Abajian ("Defendants") (collectively, "the Parties,") have reached a settlement agreement to resolve the issues in the above-referenced case, which all parties have executed.

The parties, by and through their counsel of record, hereby jointly stipulate and request that this Court dismiss this case with prejudice with each side to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: December 9, 2025            **MICHEL & ASSOCIATES, P.C.**

*/s/ Joshua Robert Dale*
Joshua Robert Dale
Attorneys for Plaintiffs California Rifle & Pistol Association, Incorporated, Gun Owners of California, Inc., Nelson Gibbs, and John Leyba

Dated: December 9, 2025            **LAW OFFICES OF DONALD KILMER, APC**

*/s/ Donald Kilmer*
Donald Kilmer
Attorneys for Plaintiff Second Amendment Foundation

Dated: December 9, 2025            **MICHAEL J. GARCIA, CITY ATTORNEY**

*/s/ Edward B. Kang*
Edward B. Kang
Attorneys for Defendants

**ATTESTATION OF E-FILED SIGNATURES**

I, Joshua Robert Dale, am the ECF User whose ID and password are being used to file this JOINT STIPULATION FOR DISMISSAL OF THE ACTION. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: December 9, 2025          */s/ Joshua Robert Dale*
                                 Joshua Robert Dale

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *California Rifle and Pistol Association, v. City of Glendale, et al.*
Case No.:    2:22-cv-07346-SB-JC

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**JOINT STIPULATION FOR DISMISSAL OF THE ACTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Michael J. Garcia, City Attorney
Edward B. Kang, Principal Assistant City Attorney
ekang@glendaleca.gov
613 E. Broadway, Suite 220
Glendale, CA 91206
   *Attorneys for Defendants*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 9, 2025, in Long Beach, California.

_____
Laura Fera

CERTIFICATE OF SERVICE