# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF GLENDALE; GLENDALE CHIEF OF POLICE CARL POVILAITIS, in his official capacity; GLENDALE CITY CLERK SUZIE ABAJIAN, in her official capacity; and DOES 1-10,<br><br>Defendants. | Case No.: 2:22-CV-07346-SB-JC<br><br>**ORDER RE DISMISSAL**<br><br>Action filed: October 10, 2022<br><br>Hon. Stanley Blumenfeld Jr. |

This case was dismissed with prejudice two years ago, in December 2023. Dkt. Nos. 56, 58. Pursuant to the parties' stipulation, the Court now confirms that this case is DISMISSED WITH PREJUDICE, with each side to bear their own fees and costs.

IT IS SO ORDERED.

Dated: December 10, 2025

Stanley Blumenfeld, Jr.
United States District Judge

1